AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN District of FLORIDA

RECEIVED UNITED STATES MARSHALS 2005 FEB 17 P 12:40 NORTHERN DISTRICT OF FLORIDA TALLAHASSEE OFFICE

CERTIFIED A TRUE COPY
AM M. McCOOL, Clerk
Deputy Clerk

UNITED STATES OF AMERICA
V.
ERIKA BRICKELL JOHNSON

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District Florida | Northern District of Alabama CR 03-CO-384-S | Northern District of Florida 1:04M18 AK | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
X Indictment   ☐ Information   ☐ Complaint   Other   Probation Violation Petition

charging a   18   U.S.C.   922(g)(1)

**DISTRICT OF OFFENSE**
Northern District of Alabama, Southern Division

**DESCRIPTION OF CHARGES:**

Possession of a firearm by a convicted felon

FILED IN OPEN COURT THIS
6/14/04
CLERK, U.S. DISTRICT COURT, NORTH. DIST. FLA.

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
  Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

**DISTRICT OF FLORIDA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

6-14-04
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 6-15-04 | NFL | 05 FEB 23 PM 4:46 1-8-04 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 7-8-04 | Marty Cody | _____ |